727 A.2d 112

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John J. BURNS, Respondent.**

**No. 503 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

March 15, 1999.

### ORDER

PER CURIAM:

AND NOW, 15th day of March, 1999, upon consideration of an Order of the Disciplinary Board dated February 12, 1999, it is hereby

ORDERED that JOHN J. BURNS be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.